UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAFEWORKS, LLC, a Washington limited liability company, | Case No. 08-cv-0922-JPD |
| Plaintiff, | ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND TIME TO COMPLETE MEDIATION PURSUANT TO FED. R. CIV. P. 39.1 |
| v. | |
| SPYDERCRANE.COM LLC, an Arizona corporation, | |
| Defendant. | |

The parties in the above-referenced matter have jointly moved the Court to extend the date by which the parties must complete mediation pursuant to Fed. R. Civ. Pro. 39.12(c)(3) and this Court's prior Order Extending Time to Complete Mediation. Dkt. No. 35. Pursuant to the earlier Order, Dkt. No. 34, mediation is to be completed by March 13, 2009. To date, a mediation has not taken place. However, the parties have been engaging in settlement discussions and have agreed to a mediation on March 25 or 26, 2009.

Therefore, in order to accommodate the parties' agreed-upon mediation date, the parties' joint motion to extend the date by which the parties must complete mediation pursuant to Fed. R. Civ. Pro. 39.12(c)(3), Dkt. No. 35, is GRANTED. The date by which the

ORDER
PAGE 1

1 parties must complete mediation is extended to March 26, 2009. All other deadlines
2 previously set by this Court shall remain the same.
3     DATED this 11th day of March, 2009.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE 2