# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAFEWORKS, LLC, a Washington limited liability company, ) ) ) | Case No. 08-cv-0922-JPD |
| Plaintiff, ) ) | MINUTE ORDER RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. ) ) | |
| SPYDERCRANE.COM LLC, an Arizona corporation, ) ) ) | |
| Defendant. ) ) | |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Plaintiff's Motion for Summary Judgment, Dkt. No. 40 is DENIED. The Court will follow this minute order with an opinion setting forth the reasons in greater detail. Due to the relative nearness of the trial date (October 27, 2009), the Court is using this order to advise the parties of the decision to permit them to prepare accordingly.

DATED this 8th day of September, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 1