# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SAFEWORKS, LLC, a Washington corporation,

Plaintiff,

v.

SPYDERCRANE.COM, LLC, an Arizona corporation,

Defendant.

Case No. C08-922JPD

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF SAFEWORKS, LLC , and on behalf of DEFENDANTS SPYDERCRANE.COM in the amount of $3,161.20 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. DEPOSITION COSTS | $2,005.83 | $2,005.83 | 0 |

Clerk will only allow costs for depositions actually used by either party in lieu of live testimony or to impeach. No depositions for which costs were requested were actually used at trial.

| II. WITNESS FEES | $3,125.80 | 0 | $3,125.80 |

None of the witnesses for which costs are requested were actual parties to the litigation and therefore all witness fees are taxable.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. COPY COSTS | $35.40 | 0 | $35.40 |

Dated this ___1st___ day of February, 2010 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2